**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                           CASE NO.: 18-14026
                                                                                         **CHAPTER 13**

**Lucner Philippe,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Metropolitan Life ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 7004
                                       Telephone: 470-321-7112

                                       By: /s/Sindi Mncina
                                           Sindi Mncina
                                           Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LUCNER PHILIPPE
17 MEADOWBROOK PL
MAPLEWOOD, NJ 07040

And via electronic mail to:

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr